UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK CREIGHTON,<br><br>  Plaintiff,<br><br>v.<br><br>ALLSTATE NORTHBROOK INDEMNITY COMPANY,<br><br>  Defendant. | Case No.: 20cv243-TWR(KSC)<br><br>**ORDER FOLLOWING TELEPHONIC DISCOVERY CONFERENCE ON OCTOBER 2, 2020 RE: DEFENDANT'S REQUEST FOR BILLING RATES AND POST-ARBITRATION MEDICAL RECORDS** |

On October 2, 2020, the Court held a Discovery Conference with counsel to resolve discovery disputes on two issues. Although not requested or required, defendant submitted a 5-page brief outlining the issues in dispute. Based on the arguments of counsel and the brief submitted by defendant, IT IS HEREBY ORDERED THAT:

1. Plaintiff's counsel must produce, in summary form and by type of case, the hourly rates his firm has charged to litigation clients from June 2017 to the present for the following timekeepers: Randell Winet; Elisha Graham; Justina Lara; and Lindsey Taylor. Because it is relevant to the issue of damages, this information satisfies the broad relevance standard in Federal Rule 26(b)(1). When providing this information, it is not necessary for plaintiff's counsel to reveal client names. When damages are adjudicated, plaintiff is, of course, entitled to present justification to the extent different rates are charged for different clients and/or types of cases. If there are confidentiality concerns,

plaintiff's counsel may produce this information subject to the Protective Order filed in this case on September 23, 2020.  [Doc. No. 23.]

    2.    Plaintiff must produce or allow production of post-arbitration medical records for any treatment he has received for the injuries he sustained in the UIM accident that is the subject of the underlying insurance claim.  Because these records are relevant, *inter alia*, to whether defendant reasonably investigated and evaluated plaintiff's claim for UIM coverage, they satisfy the broad relevance standard in Federal Rule 26(b)(1).

To the extent the above-described documents have not already been disclosed, they must be produced to defendant no later than ***ten (10) days*** after this Order is entered.

IT IS SO ORDERED.

Dated:  October 19, 2020

_____
Hon. Karen S. Crawford
United States Magistrate Judge